EGA OPINION
YES ☐ NO ☐

SIGNATURE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWN CAPITAL, LLC, a California
limited liability company,

    Plaintiff,

v.

CELEBRITY SUZUKI OF ROCK HILL,
LLC, d/b/a Planet Suzuki, a North Carolina
limited liability company, and HELMI
FELFEL, an individual,

    Defendants.

Miscellaneous Matter No. 10-mc-
11-10109
Case:2:~~10-mc-51256~~
Judge: Cleland, Robert H
MJ: Morgan, Virginia M

---

LAWRENCE V. STAWIARSKI (P54831)
EARL R. JOHNSON (P70359)
Dawda, Mann, Mulcahy & Sadler, PLC
Attorneys for Plaintiff
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304-5103
(248) 642-3700
(248) 642-7791 (fax)
lstawiarski@dawdamann.com
ejohnson@dawdamann.com

---

## ORDER CONFIRMING ARBITRATION AWARD

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan
on:    JAN 2 0 2011

PRESENT: HON.    ROBERT H. CLELAND
                     US. DISTRICT COURT JUDGE

This matter having come before the Court upon Plaintiff's Motion for Confirmation of Arbitration Award, and the Court being fully advised in the premises;

NOW THEREFORE IT IS HEREBY ORDERED that judgment confirming the Arbitration Award in the amount of Two Hundred Sixty-One Thousand Fifty-Two and 21/100 Dollars ($261,052.21), plus interest thereon as allowed by law, is hereby entered jointly and

{00020316-1}

severally against Defendants Celebrity Suzuki of Rock Hill, LLC, d/b/a Planet Suzuki and Helmi Felfel.

JAN 2 0 2011

_____
U.S. DISTRICT COURT JUDGE