UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWN CAPITAL, LLC,

    Plaintiff,

v.                               Case No. 11-10109

CELEBRITY SUZUKI OF ROCK HILL, LLC, and
HELMI FELFEL,

    Defendants.
                                         /

**ORDER DIRECTING PLAINTIFF TO FILE RESPONSE**

On March 1, 2011, Defendants filed an "emergency" motion to seal or strike certain exhibits and statements from Plaintiff's recently-filed response to the motion to vacate, which exhibits and statements regard settlement negotiations that occurred before the arbitration underlying this litigation. Defendants' motion is based solely on Federal Rule of Evidence 408, and does not indicate that the exhibits or statements disclose proprietary or confidential information. The court will direct Plaintiff to file a response and will expedite the briefing schedule. Accordingly,

IT IS ORDERED that Plaintiff is DIRECTED to file a response to Defendants' emergency motion to seal or strike certain exhibits attached to and references made in Plaintiff's response to Defendants' special appearance and motion to vacate [Dkt. # 21] no later than **March 11, 2011**.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 3, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522