UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWN CAPITAL, LLC,

    Plaintiff,

v.                                           Case No. 11-10109

CELEBRITY SUZUKI OF ROCK HILL, LLC, and
HELMI FELFEL,

    Defendants.
                                                        /

**JUDGMENT**

In accordance with the court's "Order Confirming Arbitration Award," dated January 20, 2011, and the court's "Opinion and Order (1) Denying Defendants' Motion to Vacate, Modify, and/or Correct Arbitration Award, (2) Denying Defendants' Emergency Motion to Seal Exhibits, and (3) Lifting Stay of the Confirmation Order," dated May 25, 2011, and inasmuch as all controversies in this matter have been resolved,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff OWN Capital, LLC, and against Defendants Celebrity Suzuki of Rock Hill, LLC, and Helmi Felfel. Dated at Detroit, Michigan, this 25th day of May 2011.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            S/Lisa Wagner
                                    By: Lisa Wagner, Case Manager and Deputy Clerk
                                              to Judge Robert H. Cleland